UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

| | |
|---|---|
| KATHY GOODMAN, individually, and on behalf of a class of similarly situated persons, ) ) ) PLAINTIFF ) ) ) v. ) ) WELTMAN, WEINBERG & REIS CO., PSC ) ) DEFENDANT ) | CIVIL ACTION NO. 3:16-CV-682-JHM |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Weltman, Weinberg & Reis Co., P.S.C. ("WWR"), by counsel, hereby files this Notice of Removal to the United States District Court for the Western District of Kentucky, at Louisville, and states as follows:

1. On October 6, 2016, Plaintiff Kathy Goodman ("Plaintiff") filed a Complaint against Defendant in Jefferson Circuit Court, Division Twelve, Jefferson County, Kentucky, styled *Kathy Goodman, individually, and on behalf of a class of similarly situated persons v. Weltman, Weinberg & Reis Co., PSC*, Civil Action No. 16-CI-04921. Copies of the Civil Summons and Complaint served upon Defendant, which constitutes all process, pleadings and orders that have been filed in the Jefferson Circuit Court, are attached hereto as **Exhibit A**.

2. This is an action over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331 and may be removed from state court under 28 U.S.C. § 1441(a), inasmuch as the Complaint alleges violations of federal law specifically causes of action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* and the Fair Credit Reporting Act, 15 U.S.C. § 1691 *et seq.* (Cmplt., ¶¶ 1, 9, 24, 27, 30, 36, 39).

3. The Civil Summons and Complaint was received by Defendant on October 13, 2016. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been filed within thirty (30) days of receipt of the initial pleading through service, and therefore, this civil action is timely removed. Plaintiff is estopped from seeking remand of this matter on this basis.

4. All Defendants who have been properly joined and served now join in or consent to the removal of this action as required by 28 U.S.C. § 1446(b)(2)(A).

5. Accordingly, this civil action is properly subject to removal and hereby is removed to the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. §§ 1441 and 1446.

6. Defendant will provide Plaintiff with a copy of this Notice of Removal and file a Notice of Filing Notice of Removal with the Clerk for the Jefferson Circuit Court.

7. This Notice of Removal is signed by counsel for and on behalf of Defendant pursuant to Rule 11 of the Federal Rules of Civil Procedure.

8. Defendants reserve the right to object or assert defenses or affirmative defenses, including, but not limited to, lack of personal jurisdiction, insufficiency of process, and insufficiency of service of process.

WHEREFORE, Defendant, Weltman, Weinberg & Reis Co., P.S.C., hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, at Louisville.

Respectfully submitted,

/s/    Jordan M. White
Gregory S. Berman
gberman@wyattfirm.com
Jordan M. White
jwhite@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
502.589.5235

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on this 1st day of November, 2016 the foregoing Notice of Removal was filed with the clerk using the Court's CM/ECF System. The undersigned also certifies that a true and correct copy of the foregoing has been served upon the following, by U.S. mail, postage prepaid.

Zachary Taylor
2108 Taylorsville Road, Suite 102
Louisville, KY 40205
ztaylor@taylorlawcenter.com

Nina Couch
Couch Law, PLLC
2108 Taylorsville Road, Suite 101
Louisville, KY 40205
couchlawpllc@gmail.com

*Counsel for Plaintiff*

    /s/ Jordan M. White
    *One of Counsel for Defendant*

61557053.1